IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LIFESTAT AMBULANCE SERVICE, INC., | ) Bank. No. 17-70646-JAD |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Related to Doc. No. 113 |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date: 6/28/2018 @ 11:00 am |
| | ) |
| LIFESTAT AMBULANCE SERVICE, INC. | ) |
| | ) |
| | ) |
| Respondent. | ) |

## UNITED STATES' OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION DATED MAY 16, 2018

The United States of America, on behalf of the Internal Revenue Service, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant United States Attorney, objects to the Debtor's Plan of Reorganization dated May 16, 2018 stating as follows:

1. The Internal Revenue Service has an administrative claim against the Debtor in the amount of $72,522.00.

2. The IRS objects to Debtor's Plan of Reorganization dated May 16, 2018 (the "Plan") because the IRS has no record of the Form 941 return for the quarter ended March 30, 2018 having been filed by the Debtor. Additionally, the Debtor failed to make timely federal tax

deposits and therefore will be assessed penalties. Also, the Debtor has not made any federal tax deposits for the second quarter of 2018 and may owe a substantial amount based on what has been historically paid. Because of the above, the IRS administrative claim is estimated.

3. The Debtor is also in violation of Local Rule 2015-1(a), which mandates that, "[w]ithin sixty (60) days of the date of the initial filing of a bankruptcy petition, each debtor or debtor in possession shall file any and all federal, state, and local tax returns which are due but unfiled as of the date of the filing of the bankruptcy petition." W.PA.LBR 2015 -1(a).

4. Accordingly, the IRS objects to confirmation of the Plan because it does not and cannot adequately provide for the IRS administrative claim since the exact amount is unknown without the required tax returns being filed.

WHEREFORE, the United States respectfully requests that this Honorable Court deny confirmation of the Debtor's Plan of Reorganization dated May 16, 2018.

June 20, 2018

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LIFESTAT AMBULANCE SERVICE, INC., | ) Bank. No. 17-70646-JAD |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Related to Doc. No. 113 |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date: 6/28/2018 @ 11:00 am |
| | ) |
| LIFESTAT AMBULANCE SERVICE, INC. | ) |
| | ) |
| | ) |
| Respondent. | ) |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing United States' Objections to Confirmation of the Debtor's Plan of Reorganization dated May 16, 2018 was served by electronic notification on the following on June 20, 2018:

Christopher M. Frye, Esq. on behalf of Debtor
Chris.frye@steidl-steinberg.com

Heather Sprague on behalf of the United States Trustee
heather.Sprague@usdoj.gov

Lifestat Ambulance Service, Inc.
301 Salt Street
Saltsburg, PA  15681

        */s/ Jill Locnikar*
        Jill Locnikar
        Assistant U.S. Attorney
        700 Grant Street, Suite 4000
        Pittsburgh, PA  15219
        (412) 894-7429
        PA ID No. 85892
        Jill.locnikar@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LIFESTAT AMBULANCE SERVICE, INC., | ) | Bank. No. 17-70646-JAD |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Related to Doc. No. 113 |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | Hearing Date: 6/28/2018 @ 11:00 am |
| | ) | |
| LIFESTAT AMBULANCE SERVICE, INC. | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

AND NOW, this ____ day of _____, 2018, after notice and a hearing, it is hereby ORDERED and DECIDED that confirmation of the Debtor's Plan of Reorganization dated May 16, 2018 is denied.

_____
Bankruptcy Judge